1 | DANIEL S. IMBER, (SBN 185425)
E-mail: dimber@imberbershin.com
2 | IMBER & BERSHIN, LLP
9454 Wilshire Boulevard, Penthouse
3 | Beverly Hills, CA 90212
Tel: 310.248.4884  Fax: 866.243.8084
4 |
Attorneys for Plaintiff
5 | UNUM Life Insurance Company of America

FILED
2010 OCT 21  PM 3: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,

      Plaintiff,

v.

ERIN DOHERTY, an individual; SHERI EILEEN RAND, a/k/a Sheri Eileen Koven and Sheri Eileen Mandell, an individual; ROBERT RAND, an individual; GWENDOLYN YVONNE RAND, an individual; and THE ESTATE OF GARY RAND, through its Executor ROBERT RAND;

      Defendants.

Case No. **CV10 7945-DSF (JCGx)**

**COMPLAINT IN INTERPLEADER OF UNUM LIFE INSURANCE COMPANY OF AMERICA**

Plaintiff UNUM Life Insurance Company of America ("UNUM") complains of the above-named defendants, and each of them, as follows:

1.    This is an action of interpleader brought pursuant to 28 USC § 1335.

///
///

## PARTIES

2. Plaintiff UNUM is a corporation duly organized and existing under the laws of the State of Maine, with its principal place of business in Portland, Maine. UNUM is authorized to do business in the State of California.

3. UNUM is informed and believes, and thereon alleges, that defendant Erin Doherty is a citizen and resident of the County of Los Angeles, State of California.

4. UNUM is informed and believes, and thereon alleges, that defendant Sheri Eileen Rand a/k/a Sheri Eileen Koven and Sheri Eileen Mandell ("Sheri Rand") is a citizen and resident of the County of Washington, State of Utah.

5. UNUM is informed and believes, and thereon alleges, that defendant Robert Rand is a citizen and resident of the County of Los Angeles, State of California. UNUM is further informed and believes, and thereon alleges, that Robert Rand is the executor of The Estate of Gary Rand which has been opened in the County of Los Angeles, State of California.

6. UNUM is informed and believes, and thereon alleges, that defendant Gwendolyn Yvonne Rand ("Gwendolyn Rand") is a citizen and resident of the County of Los Angeles, State of California.

## JURISDICTION AND VENUE

7. The United States District Court for the Central District of California has original jurisdiction of this action pursuant to 28 USC § 1335, in that this is a civil action of interpleader where the amount in controversy exceeds five hundred dollars ($500.00) and there is the requisite minimal diversity of citizenship among the defendants.

8. Venue is proper in the Central District of California pursuant to 28 USC § 1391(a) in that a substantial part of the events giving rise to the conflicting claims occurred in this district, and pursuant to 28 USC § 1397 in that defendants

Erin Doherty, Robert Rand and Gwendolyn Rand reside in this district. Furthermore, UNUM is informed and believes, and thereon alleges, that the decedent died in this District.

## FIRST CLAIM FOR RELIEF

9. UNUM incorporates by reference paragraphs one through eight of this Complaint as if fully set forth herein.

10. Gary Rand ("Decedent") was insured under UNUM Group Life Insurance Policy No. 949305-001 (the "Policy") issued to his employer, City of Burbank ("Burbank"). The Policy provided for eighty-eight thousand dollars ($30,000.00) in basic life benefits. The Policy provides:

HOW DO YOU DESIGNATE OR CHANGE A BENEFICIARY?

At the time you become insured, you should name a beneficiary on your enrollment form for your death benefits under your life insurance. You may change your beneficiary at any time by filing a form approved by Unum with your employer. The new beneficiary designation will be effective as of the date you sign that form. However, if we have taken any action or made any payment before your employer receives that form, that change will not go into effect.

It is important that you name a beneficiary and keep your designation current . . .

If you do not name a beneficiary, or if all named beneficiaries do not survive you, or if your named beneficiary is disqualified, your death benefit will be paid to your estate.

> Instead of making a death payment to your estate, Unum has the right to make payment to the first surviving family members of the family members in the order listed below:
>
> - spouse;
> - child or children;
> - mother or father, or;
> - sisters or brothers

11. UNUM is informed and believes, and thereon alleges, that on or about February 17, 1984, Decedent submitted a Group Insurance Enrollment and Record Card for life insurance under the Policy, on which he named Sheri Rand, his then wife, the beneficiary of the Policy.

12. Unum is informed and believes, and thereon alleges, that Decedent died on December 17, 2009 in Burbank, California.

13. On or about December 22, 2009, UNUM received a notice of claim from the City of Burbank along with Decedent's 2009 beneficiary designation form naming Erin Doherty as primary beneficiary and Decedent's 1984 beneficiary designation form naming Sheri Rand as primary beneficiary.

14. On or about January 12, 2010, UNUM received a letter from Attorney Thomas Shardlow on behalf of Robert Rand and Gwendolyn Rand, advising UNUM that both of his clients were contesting the beneficiary designation form that was completed by the Decedent in 2009 naming Erin Doherty as primary beneficiary. UNUM is informed and believes, and thereon alleges, that Robert Rand is the son of Decedent and Gwendolyn Rand is the mother of Decedent.

15. On or about March 16, 2010, Attorney Shardlow sent UNUM a letter advising UNUM that Robert Rand and Gwendolyn Rand were claiming that the signature on the June 2009 beneficiary designation form is not that of Decedent.

Attorney Shardlow also informed UNUM that Robert Rand had requested the City of Burbank to investigate this matter. He stated his intention to file a lawsuit to resolve this matter if the investigation by the City of Burbank did not do so.

16. On or about March 31, 2010, UNUM received a letter from Attorney Gary Starre on behalf of Erin Doherty, asking for a copy of the Policy and evidence that would suggest that the beneficiary designation is not proper.

17. Thereafter, UNUM sent letters to all counsel advising them of the competing claims and that, if the parties could not reach an agreement as to how the insurance proceeds should be disbursed, UNUM would proceed with filing an Interpleader Complaint.

18. On or about April 23, 2010, UNUM received a letter from Attorney Greg Hill on behalf of Sheri Rand. Attorney Hill informed UNUM that Sheri Rand client believed she would be the beneficiary of the Policy as she was Decedent's wife while Decedent was employed by the City of Burbank.

19. On or about May 24, 2010, after having given the parties an opportunity to resolve their competing claims and without resolution, UNUM advised all counsel that the Interpleader process would begin.

20. UNUM is informed and believes, and thereon alleges, that Erin Doherty, Robert Rand (individually and as executor of The Estate of Gary Rand), Gwendolyn Rand and Sheri Rand have not, and will not, come to an agreement for resolution of their competing claims to the benefits of the Policy.

21. UNUM has at all times been and is now ready, willing, and able to pay the funds due and owing under the Policy, plus accrued interest thereon, to the person or persons legally entitled thereto. However, due to the potentially conflicting claims of defendants, and each of them, UNUM does not know and cannot determine to whom the Policy proceeds rightfully should be paid. Furthermore, payment of the disputed proceeds to any of the defendants would subject UNUM to the risk of multiple and/or inconsistent liabilities.

22. Defendants, and each of them, claim or may claim all of the Policy benefits described above.

23. UNUM files this Complaint in good faith and without any collusion with any of the parties hereto. UNUM has no interest in the aforementioned proceeds due and owing under the Policy, or any portion thereof, save and except as stakeholder. Concurrently with the filing of this Complaint, UNUM is depositing with this Court, there to abide the outcome of this action, the total sum of $30,253.97, which sum UNUM admits to be the total amount due and owing under the Policy as a result of the death of Gary Rand, including accrued interest.

24. UNUM has been called upon to retain the services of attorneys for the purpose of protecting its interests arising from the conflicting interests and claims of defendants described above, and will be called upon to pay its attorneys for the services to be rendered by them with respect thereto. In addition, UNUM will be compelled to incur costs and disbursements in the prosecution of this action. Such attorneys' fees, costs and disbursements are and should be a legal charge upon the disputed stake, and the same should be paid to UNUM out of the monies which will be deposited with this Court.

WHEREFORE, UNUM prays for judgment as follows:

1. That this Court decree that this Complaint is properly filed and that this is a proper case for interpleader;

2. That defendants, and each of them, be ordered to interplead and settle or litigate among themselves their respective rights and claims to the proceeds under the Policy due and owning by reason of the death of Gary Rand;

3. That UNUM be released, discharged and forever acquitted of and from any and all liability of any kind or nature whatsoever to any of the parties hereto on account of the Policy or the proceeds due and owing thereunder;

///

4. That UNUM be dismissed from this action, with prejudice, with its costs of suit incurred herein, including its reasonable attorneys' fees, to be paid from the interpleaded funds; and

5. For such other and further relief as this Court may deem just and proper.

Dated: October 20, 2010

DANIEL S. IMBER
IMBER & BERSHIN, LLP

By: /s/ Daniel S. Imber
Daniel S. Imber
Attorneys for Plaintiff
UNUM Life Insurance Company of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

### CV10- 7945 DSF (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation, <br> *Plaintiff* <br> v. <br> ERIN DOHERTY, an individual; SHERI EILEEN RAND, a/k/a Sheri Eileen Koven and Sheri Eileen Mandell, an individual; ROBERT RAND, an individual; GWENDOLYN YVONNE RAND, an individual; and THE ESTATE OF GARY RAND, through its Executor ROBERT RAND; <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 10-CV-7945 DSF (JCGx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DANIEL S. IMBER, ESQ.
IMBER & BERSHIN, LLP
9454 WILSHIRE BOULEVARD, PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 2 2010

SHEA BOURGEOIS
*Signature of Clerk or Deputy Clerk*

SEAL

American LegalNet, Inc.
www.FormsWorkFlow.com

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNUM Life Insurance Company of America

**DEFENDANTS**
Erin Doherty; Sheri Eileen Rand; Robert Rand; Gwendolyn Yvonne Rand; The Estate of Gary Rand

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel S. Imber, SBN 185425 / Imber & Bershin, LLP
9454 Wilshire Blvd., PH, Beverly Hills, Ca
(310) 248-4884

**Attorneys (If Known)**
Gary Starre for Erin Doherty (818) 501-2953
Greg Hill for Sheri Eileen Rand (310) 782-2500
Cory Brendel for Robert Rand individually and as executor of The Estate of Gary Rand (626) 793-8000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No         ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1335; Interpleader

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10 7945

FOR OFFICE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Maine |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Utah |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date 10/20/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |