Gary A. Starre, Esq. SBN: 72793
LAW OFFICES OF STARRE & COHN
15760 Ventura Boulevard, Suite 801
Encino, California 91436
Telephone: (818) 501-7827
Facsimile: (818) 501-0249
gastarre@gmail.com

JS 6

CC: FISCAL

Attorneys for Defendant ERIN DOHERTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIN DOHERTY, et al.,<br><br>Defendant. | Case No. CV10-7945-DSF (JCGx)<br><br>JUDGMENT PURSUANT TO STIPULATION<br><br>Mediation Date: 8/9/11<br>Pretrial Conf.: 3/23/12 at 3:00 pm<br>Trial: 4/24/12 at 8:30 a.m.<br><br>Assigned to Judge Dale Fischer |

Pursuant to stipulation on file herein, and for good cause shown, it is hereby adjudged and ordered as follows:

1. The insurance proceeds previously interpled and deposited with the Clerk of the Court, by plaintiff UNUM LIFE INSURANCE COMPANY OF AMERICA, and all accrued interest, are hereby ordered divided according the formula set forth below. The Clerk of the Court is ordered to disburse the funds now on deposit as follows:

**JUDGMENT PURSUANT TO STIPULATION (PROPOSED)**

1

      a. 8/15 (which is 53.33%) to ERIN ANN DOHERTY, by check payable to "Starre & Cohn Client Trust Account";

      b. 5/15 (which is 33.33%) to ROBERT RAND AS ADMINISTRATOR OF THE ESTATE OF GARY RAND, by check payable to "ROBERT RAND AS ADMINISTRATOR OF THE ESTATE OF GARY RAND";

      c. 2/15 (which is 13.34%) to SHERI EILEEN RAND (MANDELL), payable by check to "SHERI MANDELL, ONLY".

2. All parties bear their own fees and costs.

3. Checks shall be mailed to each party's counsel of record:

      a. for ERIN ANN DOHERTY: Starre & Cohn, 15760 Ventura Blvd. #801, Encino, California 91436;

      b. for ROBERT RAND AS ADMINISTRATOR OF THE ESTATE OF GARY RAND: Cory C. Brendel, 301 E. Colorado Blvd., Ste. 204, Pasadena, CA 91101;

      c. for SHERI EILEEN RAND (MANDELL): Greg Hill, Greg Hill & Associates, 22850 Crenshaw Blvd., Ste. 200, Torrance, CA 90505.

Date: 8/24/11  
_____  
*[signature: Dale S. Fischer]*  
United States District Court Judge

Approved:

Dated: _____  
STARRE & COHN by  
GARY A. STARRE, Attorney  
For ERIN ANNDOHERTY

Dated: _____  
CORY C. BRENDEL, Attorney for  
ROBERT RAND, Administrator

Dated: _____

**JUDGMENT PURSUANT TO STIPULATION (PROPOSED)**

1  GREG HILL, Attorney for SHERI EILEEN RAND

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT PURSUANT TO STIPULATION (PROPOSED)**

3